**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−21357−JNP | **DATE FILED::** 5/31/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Alexandra M. Brockway<br>xxx−xx−4791 | ADDRESS OF DEBTOR(S):<br><br>426 Cobble Creek Circle<br>Cherry Hill, NJ 08003 |
| DEBTOR'S ATTORNEY:<br>Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003<br><br>(856) 751−4224 | TRUSTEE:<br>Andrew Sklar<br>1200 Laurel Oak Road<br>Suite 102<br>Voorhees, NJ 08043<br>856−258−4050 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

3/21/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: December 26, 2017

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-21357-JNP
Alexandra M. Brockway                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Dec 26, 2017
                               Form ID: noa                 Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2017.
```
db            #+Alexandra M. Brockway,    426 Cobble Creek Circle,    Cherry Hill, NJ 08003-1840
516875039      +ATA Lawn & Landscape, LLC,    PO Box 545,    Berlin, NJ 08009-0545
516862482      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
516862483      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516862484      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516862486      +Equity Residential Management,    Highlands at Cherry Hill,    1980 Route 70 East,
                 Cherry Hill, NJ 08003-1850
516862487      +FMA Alliance, Ltd.,    PO Box 2409,    Houston, TX 77252-2409
516875041      +Guardian Protection Services,    PO Box 37751,    Philadelphia, PA 19101-5051
516862489      +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
516862490       Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
516862493      +Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
516862494      +Virtua Health System,    PO Box 8500-8267,    Philadelphia, PA 19178-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2017 21:48:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2017 21:48:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516875043      +E-mail/Text: bky@americanprofit.net Dec 26 2017 21:48:30      American Profit Recovery,
                 33 Boston Post Road W #140,    Marlborough, MA 01752-1841
516862479      +EDI: AMEREXPR.COM Dec 26 2017 21:28:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
516862479      +E-mail/Text: bnctest@becket-lee.com Dec 26 2017 21:47:36      Amex,    Correspondence,
                 Po Box 981540,    El Paso, TX 79998-1540
516862480      +EDI: CAPITALONE.COM Dec 26 2017 21:28:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516862481      +EDI: CHASE.COM Dec 26 2017 21:33:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
                 Wilmington, DE 19850-5298
516875040      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 26 2017 21:48:39      Comcast,
                 401 White Horse Rd Ste 2,    Voorhees, NJ 08043-2600
516862485      +EDI: DISCOVER.COM Dec 26 2017 21:28:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516862488      +EDI: FORD.COM Dec 26 2017 21:28:00      Kia Motors Finance,    Po Box 20825,
                 Fountain Valley, CA 92728-0825
516863671      +EDI: RMSC.COM Dec 26 2017 21:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516862491      +EDI: RMSC.COM Dec 26 2017 21:28:00      Synchrony Bank/Lowes,    Po Box 965064,
                 Orlando, FL 32896-5064
516862492      +EDI: RMSC.COM Dec 26 2017 21:28:00      Synchrony Bank/TJX,    Po Box 965064,
                 Orlando, FL 32896-5064
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516877749*     +ATA Lawn & Landscape, LLC,    PO Box 545,    Berlin, NJ 08009-0545
516877752*     +American Profit Recovery,    33 Boston Post Road W,    #140,    Marlborough, MA 01752-1841
516877750*     +Comcast,    401 White Horse Rd.,    Ste 2,    Voorhees, NJ 08043-2600
516877751*     +Guardian Protection Services,    PO Box 37751,    Philadelphia, PA 19101-5051
516875042*     +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 26, 2017
                              Form ID: noa             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Andrew   Sklar    on behalf of Trustee Andrew  Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Lee Martin Perlman    on behalf of Debtor Alexandra M. Brockway ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                                 TOTAL: 5
```